UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOSEPH GUILBEAUX, KEVIN RUSH, KRISTI VASHER, ODIE KNEELAND, and PASTY HOWARD, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| CAPITAL ONE FINANCIAL, | ) ) ) |
| Defendant. | |

Case No.: 4:17-CV-000240-RC

## NOTICE OF SETTLEMENT

Defendant Capital One Financial[1] ("Capital One") hereby notifies the Court that the parties have agreed to settle all pending claims in this matter. The parties expect to submit a stipulation of dismissal within sixty (60) days. The Parties respectfully ask for a suspension of court-ordered deadlines and hearings pending the anticipated dismissal.

January 9, 2018                                  Respectfully Submitted,

---

[1] Defendant Capital One Financial maintains it is incorrectly named. The true parties in interest, and the correct names of the defendants wrongly identified as "Capital One Financial" for purposes of this lawsuit are Capital One Bank (USA), N.A. and/or Capital One, N.A.

| | |
|---|---|
| */s/ Deola T. Ali* | */s/ Adam C. Ragan* |
| William Craft Hughes | Adam C. Ragan |
| Jarrett L. Ellzey | State Bar No. 24079172 |
| Deola T. Ali | **HUNTON & WILLIAMS LLP** |
| **Hughes Ellzey, LLP** | 1445 Ross Ave., Suite 3700 |
| 2700 Post Oak Blvd., Suite 1120 | Dallas, Texas 75202 |
| Houston, TX 77056 | 214-468-3577 |
| Phone: (888) 350-3931 | 214-979-3959 (fax) |
| Fax: (888) 995-3335 | aragan@hunton.com |
| E-mail: craft@hughesellzey.com | |
| jarrett@hughesellzey.com | |
| deola@hughesellzey.com | |
| | |
| */s/ Bryant Fitts* | */s/ Lance W. Lange* |
| Bryant Fitts | Lance W. Lange |
| **Fitts Law Firm, PLLC** | *admitted pro hac vice* |
| 2700 Post Oak Blvd, Suite 1120 | Fagre Baker Daniels, LLP |
| Houston, TX 77056 | 33rd Floor 801 Grand Avenue |
| Phone: (713) 871-1670 | Des Moines, IA 50309 |
| Fax: (713) 583-1492 | (515) 447-4725 |
| E-mail: bfitts@fittslawfirm.com | lance.lange@FaegreBD.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT CAPITAL ONE FINANCIAL** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, the foregoing document was filed with the Clerk of Court via CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Adam C. Ragan*
Adam C. Ragan