UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOSEPH GUILBEAUX, KEVIN RUSH, ) <br> KRISTI VASHER, ODIE KNEELAND, ) <br> and PASTY HOWARD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CAPITAL ONE FINANCIAL, ) <br> ) <br> Defendant. | Case No.: 4:17-CV-000240-RC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between counsel for Plaintiffs Joseph Guilbeaux, Kevin Rush, Kristi Vasher, Odie Kneeland, and Pasty Howard ("Plaintiffs") and Defendant Capital One Financial[1] ("Capital One") that the above-entitled action is hereby dismissed against Capital One with prejudice, and without attorneys' fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

---

[1] Defendant Capital One Financial maintains it is incorrectly named. The true parties in interest, and the correct names of the defendants wrongly identified as "Capital One Financial" for purposes of this lawsuit are Capital One Bank (USA), N.A. and/or Capital One, N.A.

1

March 16, 2018                                   Respectfully Submitted,

| | |
|---|---|
| */s/ Deola T. Ali* | */s/ Lance W. Lange* |
| William Craft Hughes | Lance W. Lange |
| Jarrett L. Ellzey | *admitted pro hac vice* |
| Deola T. Ali | Fagre Baker Daniels, LLP |
| **Hughes Ellzey, LLP** | 33rd Floor 801 Grand Avenue |
| 2700 Post Oak Blvd., Suite 1120 | Des Moines, IA 50309 |
| Houston, TX 77056 | (515) 447-4725 |
| Phone: (888) 350-3931 | lance.lange@FaegreBD.com |
| Fax: (888) 995-3335 | |
| E-mail: craft@hughesellzey.com | **ATTORNEYS FOR DEFENDANT** |
| jarrett@hughesellzey.com | **CAPITAL ONE FINANCIAL** |
| deola@hughesellzey.com | |

Bryant Fitts
**Fitts Law Firm, PLLC**
2700 Post Oak Blvd, Suite 1120
Houston, TX 77056
Phone: (713) 871-1670
Fax: (713) 583-1492
E-mail: bfitts@fittslawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, the foregoing document was filed with the Clerk of Court via CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              */s/ Deola T. Ali*
                                              Deola T. Ali