\*\*NOT FOR PRINTED PUBLICATION\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH GUILBEAUX et al., | § | |
| | § | |
| *Plaintiffs,* | § | CIVIL ACTION No. 1:17-cv-240 |
| v. | § | |
| | § | JUDGE RON CLARK |
| CAPITAL ONE FINANCIAL, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Before the court is the parties' Stipulation of Dismissal with Prejudice. [Dkt. #17]. The parties seek to dismiss the case with prejudice and without attorneys' fees and costs against any party. The court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Stipulation of dismissal with Prejudice [Dkt. #17] is GRANTED and the case is DISMISSED WITH PREJUDICE.

**So Ordered and Signed**
**Mar 19, 2018**

_____
Ron Clark, United States District Judge